In the Matter of the Application of JOHN C. MAYFORTH, Appellant, for a Writ of Mandamus against THOMAS F. FOLEY, as Sheriff of the County of New York, Respondent.

*Matter of Mayforth,* 134 App. Div. 949, affirmed. (Submitted February 10, 1910; decided March 1, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 8, 1909, which affirmed an order of Special Term denying an application for a peremptory or alternative writ of mandamus to compel the defendant to reinstate the relator in the position of assistant deputy sheriff in the county of New York.

*Julius M. Mayer, A. S. Gilbert* and *Francis Gilbert* for appellant.

*John P. Everett, William Chilvers* and *Maurice B. Blumenthal* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.